UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20361-CR-MARTINEZ

UNITED STATES OF AMERICA,

vs.

ELIE FLORADIN,

        Defendant.
_____/

**UNITED STATES OF AMERICA'S**
**BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY**

Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, the United States of America hereby gives notice that, in addition to property generally identified in the forfeiture allegations of the Indictment, ECF No. 1, the United States seeks the forfeiture of the following property, pursuant to 18 U.S.C. §§ 982(a)(2)(A) and 982(a)(1), and 21 U.S.C. § 853(p):

    i.   The real property located at 1290 NW 60 ST, MIAMI, FL 33142.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:   */s/ Peter A. Laserna*
Peter A. Laserna
Assistant United States Attorney
Court ID No. A5502555
United States Attorney's Office
500 E. Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 660-5770
E-mail: Peter.Laserna@usdoj.gov